**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-8096

WILLIAM E. NICHOLSON-EL, a/k/a William Eugene
Nicholson,

                                    Petitioner - Appellant,

         versus

JOYCE K. CONLEY, Doctor,

                                    Respondent - Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, District
Judge.  (CA-00-1117-5)

Submitted:  June 25, 2002          Decided:  July 18, 2002

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William E. Nicholson-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William E. Nicholson-El appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nicholson-El v. Conley, No. CA-00-1117-5 (S.D.W. Va. Nov. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED